DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MINERVA MARIE MENDEZ,**
Appellant,

v.

**MARGO SHERIDAN,**
Appellee.

No. 4D17-2284

[May 24, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 50-2012-CA-019702-XXXX-MB.

Minerva Marie Mendez, Royal Palm Beach, pro se.

Richard A. Sherman, Sr., and James W. Sherman of Law Offices of Richard A. Sherman, P.A., Fort Lauderdale, and Julio L. Diaz, Jr., of Law Offices of Christina M. Sanabria, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***